JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTO RAMON VERA,<br><br>              Plaintiff,<br><br>      v.<br><br>DAVID ROARK, Director, USCIS Texas Service Center; GERARD HEINAUER, Director, USCIS Nebraska Service Center; JONATHAN SCHARFEN, Acting Director, USCIS; U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigations; MICHAEL B. MUKASEY, U.S. Attorney General,<br><br>              Defendants. | No. C 08-5164 SI<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time within which the Defendants must serve its answer in the above-entitled action. The parties may be able to resolve this matter without further litigation and, therefore, Defendants will file their answer on or before March 23, 2009. See General Order 61.

///

Stip to Ext Time
C 08-5164 SI

| | | |
|---|---|---|
| 1 | Dated: December 30, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | | /s/ |
| 5 | | ILA C. DEISS[1]<br>Assistant United States Attorney |
| 6 | | Attorney for Defendants |
| 9 | Dated: December 30, 2008 | /s/<br>ROBERT B. JOBE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Ext Time
C 08-5164 SI