Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:  (415) 956-5513
Fax:  (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTO RAMON VERA, | No.   C 08-5164 SI |
| Plaintiff, | |
| v. | |
| DAVID ROARK, ET AL., | **STIPULATION TO HOLD PROCEEDINGS IN ABEYANCE [PROPOSED] ORDER** |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to hold these proceedings in abeyance for ninety days.  Subsequent to the filing of Plaintiff's complaint, and Defendants' motion to dismiss, Plaintiff was scheduled to appear at the USCIS San Francisco District Office, on February 24, 2009, for an interview in conjunction with his application for adjustment of status.  Because the parties expect an administrative resolution to this case, they respectfully stipulate to holding the proceedings in abeyance for ninety days for adjudication of Plaintiff's application for adjustment of status.

Dated: February 20, 2009           Respectfully submitted,

                                   LAW OFFICE OF ROBERT B. JOBE

                                   /s/ Robert B. Jobe
                                   _____
                                   Robert B. Jobe
                                   Counsel for Plaintiff

Stipulation to Hold Proceedings in Abeyance; [Proposed] Order
No.    C 08-5164 SI

| | | |
|---|---|---|
| 1 | Dated: February 20, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Edward Olsen |
| 4 | | _____<br>EDWARD OLSEN<br>ILA C. DEISS<br>Assistant U.S. Attorneys<br>Attorneys for Defendants |
| 5 | | |

Stipulation to Hold Proceedings in Abeyance; [Proposed] Order
No.      C 08-5164 SI                                2

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action be held in abeyance for ninety days. IT IS SO ORDERED.

A further case management conference has been scheduled to occur on Friday, June 5, 2009, at 3:00 p.m. Joint statement due one week prior.
DATED: _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Stipulation to Hold Proceedings in Abeyance; [Proposed] Order
No.     C 08-5164 SI                                    3