1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Michelle Bethge
8  Certified Law Clerk

9  For Defendants

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 ROBERTO RAMON VERA,              )   No. C 08-5164 SI
                                    )
14                 Plaintiff,       )   **STIPULATION TO DISMISS; AND**
                                    )   **[PROPOSED] ORDER**
15         v.                       )
                                    )
16 DAVID ROARK, Director, USCIS Texas Service )
   Center; GERALD HEINAUER, Director, USCIS )
17 Nebraska Service Center; JONATHAN )
   SCHARFEN, Acting Director, USCIS; U.S )
18 Citizenship and Immigration Services; MICHAEL)
   CHERTOFF, Secretary, Department of Homeland )
19 Security; ROBERT S. MUELLER, Director, )
   Federal Bureau of Investigations; MICHAEL B. )
20 MUKASEY, U.S. Attorney General, )
                                    )
21                 Defendants.      )
                                    )
22 _____ )

23     Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate, subject to

24 the approval of the Court, to dismissal of the above-entitled action because the United States

25 Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of

26 status (Form I-485). The parties further ask that the June 5, 2009 Case Management Conference

27 be vacated.

   //
28

Stip to Dismiss
C 08-5164 SI

1 | Each of the parties shall bear their own costs and fees.

Date: March 30, 2009    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant


Date: March 30, 2009    _____/s/_____
ROBERT JOBE
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:    _____
SUSAN ILLSTON
United States District Judge

Stip to Dismiss
C 08-5164 SI                     2